BENNETT J. LEE (Bar No. 230482)
GARRETT E. DILLON (Bar. No. 216811)
REGINA A. VERDUCCI (Bar No. 264996)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, California 94104
Telephone  415-623-7000
Facsimile  415-623-7001

Attorneys for Plaintiff
LINCOLN GENERAL INSURANCE COMPANY


RICHARD A. ROGAN (Bar No. 67310)
JOSEPH N. DEMKO (Bar No. 113104)
KEVIN W. CHEN (Bar No. 238791)
JEFFER MANGELS BUTLER & MITCHELL, L.L.P.
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111
TELEPHONE  415-398-8080
FACSIMILE  415-398-5584

Attorneys for Defendant
TRI COUNTIES BANK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>TRI COUNTIES BANK, a California corporation,<br><br>         Defendant. | Case No.  2:10-CV-01442-KJM-EFB<br><br>**ORDER GRANTING DISMISSAL** |

CONSIDERING THE STIPULATION OF THE PARTIES:

IT IS ORDERED,

Lincoln General Insurance Company and Tri Counties Bank (collectively the "Parties"), by counsel, and represented to the Court through the Joint Stipulation for Dismissal filed with this

1  Court on June 9, 2011 that all matters pending herein have been satisfactorily resolved and
2  settled, pursuant to which they jointly move for dismissal of this action with prejudice.
3      Upon consideration whereof and for good cause shown, it is accordingly
4  ORDERED that this action be, and the same hereby is, DISMISSED, with prejudice, with
5  the parties bearing their own costs, attorney's fees and expenses relating to this action.
6      **IT IS SO ORDERED**.
7  Dated:  June 13, 2011.

_____
UNITED STATES DISTRICT JUDGE

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

- 2 -

ORDER GRANTING DISMISSAL